```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION
          NO. _____99-792_____   CR - GOLD
                 18 U.S.C. 1956(a)(1)(B)(i)   MAGISTRATE JUDGE
                 18 U.S.C. 1956(a)(3)(B)           SIMONTON
                 18 U.S.C. 1956(h)
                 18 U.S.C. 982
                 18 U.S.C. 2
```

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD H. OLSON,

        Defendant.

_____/

    The Grand Jury charges:

## COUNT I

1. From in or about August, 1996, through in or about April, 1997, in Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### RICHARD H. OLSON,

knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown to the grand jury to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

2. It was the purpose and object of the conspiracy to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce involving property represented by a person at the direction of and with the approval

of a federal law enforcement official to be proceeds of illegal narcotics trafficking, with the intent to conceal and disguise the nature, location, source, ownership, and control, of the property believed to be the proceeds of a specified unlawful activity, that is, illegal narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846, and to promote the carrying on of illegal narcotics trafficking, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT II

On or about June 13, 1996, in Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD H. OLSON,

with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of illegal narcotics trafficking, knowingly conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce involving property, that is the transfer of approximately $5,000 in cash to the defendant and his associate, represented by a person at the direction of and with the approval of a federal law enforcement official to be the proceeds of illegal narcotics trafficking.

In violation of Title 18, United States Code, Section 1956(a)(3)(B) and 2.

## COUNT III

On or about August 14, 1996, in Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD H. OLSON,

with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of illegal narcotics trafficking, knowingly conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce involving property, that is the transfer of approximately $3,000 in cash to the defendant and his associate, represented by a person at the direction of and with the approval of a federal law enforcement official to be the proceeds of illegal narcotics trafficking.

In violation of Title 18, United States Code, Section 1956(a)(3)(B) and 2.

## COUNT IV

On or about January 9, 1997, in Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

RICHARD H. OLSON,

with the intent to conceal and disguise the nature, location, source, ownership, and control, of property believed to be the proceeds of illegal narcotics trafficking, knowingly conducted and attempted to conduct a financial transaction affecting interstate and foreign commerce involving property, that is the transfer of approximately $15,000 in cash to the defendant and his associate, represented by a person at the direction of and with the approval

of a federal law enforcement official to be the proceeds of illegal narcotics trafficking.

In violation of Title 18, United States Code, Section 1956(a)(3)(B) and 2.

## FORFEITURE

1. The allegations of Counts One through Four of this Indictment are realleged and expressly incorporated herein as if set out in full for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982.

2. The defendant,

RICHARD H. OLSON,

shall forfeit to the United States pursuant to 18 U.S.C. §982, all property, real and personal, involved in the money laundering offense(s) and all property traceable to such property, including but not limited to the following:

Approximately $23,000 in United States currency.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be

4

subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. §982(b)(1)(A) and 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 982.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DIANA L. W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

<u>RICHARD H. OLSON</u>                 **Superseding Case Information:**

**Court Division:** (Select One)      New Defendant(s)         Yes ____   No ____
                                      Number of New Defendants  ____
x__  Miami    ____ Key West           Total number of counts    ____
____ FTL      ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) <u>No</u>
   List language and/or dialect _____

4. This case will take <u>5</u> days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      __x__    Petty      ____
   II   6 to 10 days     ____     Minor      ____
   III  11 to 20 days    ____     Misdem.    ____
   IV   21 to 60 days    ____     Felony     __x__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) <u>No</u>
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) <u>No</u>
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: <u>98-6208-Cr-Dimitrouleas</u>
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) <u>No</u>

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _x_ Yes ___ No   If yes, was it pending in the Central Region? _x_ Yes ___ No

                            _____
                            DIANA L.W. FERNANDEZ
                            ASSISTANT UNITED STATES ATTORNEY
                            I.D. # A5500017

*Penalty Sheet(s) attached                                      REV 4/7/99

# BOND RECOMMENDATION SHEET

<u>RICHARD H. OLSON</u>
Defendant

$100,000 Personal Surety Bond is recommended.

*[signature]*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
COURT BAR NO.  A5500017
TELEPHONE:  (954) 356-7392x3589
FACSIMILE:  (954) 356-7230
E-MAIL: Diana.Fernandez@justice.usdoj.gov

Address of Defendant:

Agent:
FBI, S/A Sciolino
(305) 944-9101

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  Richard H. Olson                           No.: _____

Count #: 1

    18 U.S.C. 1956(h) - Conspiracy to Launder Drug Proceeds

*Max. Penalty: 20 years' imprisonment and/or a fine not more than $500,000

Counts #: 2 - 4

    18 U.S.C. 1956(a)(3)(B) - Drug Money Laundering (sting)

*Max. Penalty: 20 years' imprisonment and/or a fine not more than $500,000

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96