AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez FBI S/A Sciolino (305) 944-9101

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RICHARD H. OLSON

**WARRANT FOR ARREST**

CASE NUMBER: 99-792-

TO: The United States Marshal
and any Authorized United States Officer

CR - GOLD
MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY COMMANDED to arrest _____ RICHARD H. OLSON _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Money Laundering,

in violation of Title __18__ United States Code, Section(s) _1956_____

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

BSS
Bail fixed at $100,000 Personal Surety Bond
BSS  Do NOT LODGE OVERNIGHT!

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 2, 1999 - Fort Lauderdale, Florida
Date and Location

by [signature] Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |